

**FILED**
2/4/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 21 CR 8 |
| v. | Violation: Title 18, United States Code, Section 2113(a) |
| JASON VALDEZ | JUDGE THARP JR.<br>MAGISTRATE JUDGE JANTZ |

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about August 28, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

JASON VALDEZ,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $9,527 in United States currency belonging to, and in the care, custody, control, management, and possession of Belmont Bank and Trust, 1958 West Division Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____
FOREPERSON

_____
UNITED STATES ATTORNEY